# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jeffrey A. Norris,
    Plaintiff

vs                                 Case No. C-1-01-374
                                      (Beckwith, J.; Hogan, M. J.)

Floyd Lolla,
    Defendant

## ORDER

      This matter came before the Court for a status conference on May 8, 2003. On March 11, 2003, the District Court overruled this Court's recommendation and denied plaintiff's motion for default judgment, based in part on evidence that pro se defendant Lolla presented with his objections to this Court's report and recommendation. (See Docs. 27, 29, 30). At the Court's May 8, 2003 status conference, counsel for plaintiff represented that he would file a motion to dismiss the claims against defendant Lolla in light of the evidence presented by defendant with his objections to this Court's recommendation. Since May 8, 2003, plaintiff has not taken any action in this matter, nor sought to prosecute this case. For these reasons, the Court ORDERS plaintiff to show cause, in writing and within fourteen days of the filing date of this order, why this case should not be dismissed for lack of prosecution.

                                                                S/ Timothy S. Hogan
                                                                 Timothy S. Hogan
                                                                 United States Magistrate Judge

P:\TSH\DKT\01-374.Norris show cause pltf.wpd
September 4, 2003