UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey A. Norris,
    Plaintiff
v.                                   Case No.   C-1-01-374

Floyd Lolla, et al.,
    Defendants

**ORDER**

    The undersigned hereby recuses herself from this case. The Clerk is hereby directed to reassign this case to another District Judge.

    **SO ORDERED**.

Date: November 13, 2003                         s/Sandra S. Beckwith
                                                                   Sandra S. Beckwith
                                                                     United States District Judge