UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFREY A. NORRIS,

      Plaintiff(s),

    -vs-                                  1:01cv374

FLOYD LOLLA, et al.,

      Defendant(s).

**NOTICE**

The above-captioned matter is hereby **REASSIGNED** from the docket of the

Honorable Sandra S. Beckwith to the docket of the Honorable **Susan J. Dlott.**

                                s/Arthur Hill_____
                                Arthur W. Hill
                                Operations Supervisor