# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jeffrey A. Norris,
    Plaintiff

vs                                          Case No. C-1-01-374
                                               (Beckwith, J.; Hogan, M. J.)

Floyd Lolla,
    Defendant

## ORDER

       This matter is before the Court on plaintiff's response to this Court's September 7, 2003 Show Cause Order. (Docs. 33, 34). The Court issued its Show Cause Order following a May 8, 2003 status conference at which defendant failed to appear.

       Plaintiff's response sets forth good cause why this case should not be dismissed for lack of prosecution. In addition, plaintiff seeks a status conference with the Court to discuss the procedural posture of this matter and whether plaintiff will dismiss the pending claims or pursue them further. Plaintiff's request for a status conference is granted.

       The Court shall conduct a telephonic status conference on TUESDAY, FEBRUARY 10, 2004, at 9:30 a.m. Counsel for plaintiff and pro se defendant Lolla are ordered to call Chambers for the conference at (513)564-7650. If pro se defendant fails to appear by telephone, this Court may once again recommend that default judgment be entered against him, this time for failure to comply with this Court's pretrial and discovery orders.

                                                        ___s/Timothy S. Hogan_____
                                                        Timothy S. Hogan
                                                        United States Magistrate Judge

J:\LWW\OrdersTSH\01-374.Norris status conf.wpd
January 21, 2004