J:\CRUMBA\FORMS\CALENDAR\2001\01-374.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Jeffrey A. Norris,
    Plaintiff,

v.                                Case No. C-1-01-374
                                      (Beckwith, J.; Hogan, M.J.)

Floyd Lolla,
    Defendant.

## ORDER

This case is before the Court pursuant to a telephonic status conference held in the above-captioned case on February 10,2 004. Plaintiff's will be permitted to take the deposition of Defendant no later than **February 29, 2004**. A status conference will be set via telephone on **March 15, 2004, at 9:30 am** before MJ Hogan. Plaintiff shall initiate their own call to the Court; however, the Court will initiate contact with Defendant at the telephone number of record.

SO ORDERED.

Date   2/10/2004                           s/Timothy S. Hogan
bac    February 10, 2004                Timothy S. Hogan
J:\CRUMBA\FORMS\CALENDAR\2001\01-374.WPD      United States Magistrate Judge