FILED
JAMES BONINI
CLERK

04 FEB 17 AM 11: 13

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION
### (AT CINCINNATI)

| | | |
|---|---|---|
| **JEFFERY A. NORRIS,** | ) | Case No. C-1-01-374 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | Magistrate Judge Hogan |
| | ) | |
| -vs- | ) | |
| | ) | |
| **FLOYD LOLLA, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE TO TAKE DEPOSITION OF FLOYD LOLLA

---

Please take notice that counsel for Plaintiff will take the stenographic deposition of Floyd Lolla, on Monday, February 23, 2004 at 1:30 p.m. at the offices of John E. Connor & Associates, Inc., 1860 One American Square, Indianapolis, Indiana 46282. Said deposition will be taken for any and all purposes permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

James Papakirk  (0063862)
Pratt & Singer Co., L.P.A.,
Attorneys for Plaintiffs
301 N. Breiel Boulevard
Middletown, Ohio 45042
513.705.9000
513.705.9001 facsimile
jpapakirk@pstlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Deposition, was duly served upon the following this 11th day of February, 2004 via overnight delivery:

Floyd Lolla
1912 Gent Avenue
Indianapolis, IN 46202

James Papakirk (0063862)