# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION
### (AT CINCINNATI)

| | | |
|---|---|---|
| **JEFFERY A. NORRIS**, | ) | Case No. C-1-01-374 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | Magistrate Hogan |
| | ) | |
| -vs- | ) | |
| | ) | |
| **FLOYD LOLLA, ET AL**. | ) | |
| | ) | |
| Defendants. | ) | |

_____

## PLAINTIFF'S MOTION FOR SANCTIONS
_____

NOW COMES Plaintiff Jeffery A. Norris ("Plaintiff"), by and through Counsel, and pursuant to Fed. R. Civ. P. 30(D)(3), respectfully moves the Court for an award of sanctions against Defendant Floyd Lolla, including the reasonable costs and attorneys' fees incurred by Plaintiff in connection with the scheduled deposition of Floyd Lolla wherein Mr. Lolla failed to appear.  In support of this Motion, Plaintiff incorporates by reference the Memorandum attached to his Motion for Extension of Time in Which to Take the Deposition of Defendant Floyd Lolla, all as if fully rewritten herein.

Respectfully submitted,

**PRATT & SINGER CO., L.P.A.**
Attorneys for Plaintiff

/s/ James Papakirk
James Papakirk (0063862)
301 North Breiel Blvd.
Middletown, Ohio 45042
(513) 705-9000 (telephone)
(513) 705-9001 (facsimile)

## MEMORANDUM

Plaintiff hereby incorporates by reference the Memorandum attached his Motion for Extension of Time in Which to Take the Deposition of Defendant Floyd Lolla, all as if fully rewritten herein. Further, while Plaintiff recognizes that Defendant Floyd Lolla has been representing himself without counsel, this simple fact has forced Plaintiff to expend additional resources in connection with issues relating to Mr. Lolla's failure to comply with the applicable procedural rules.

Respectfully submitted,

**PRATT & SINGER CO., L.P.A.**
Attorneys for Plaintiff


/s/ James Papakirk
James Papakirk (0063862)
301 North Breiel Blvd.
Middletown, Ohio 45042
(513) 705-9000 (telephone)
(513) 705-9001 (facsimile)