# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION
## (AT CINCINNATI)

| | | |
|---|---|---|
| **JEFFERY A. NORRIS**, | ) | Case No. C-1-01-374 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | Magistrate Hogan |
| | ) | |
| -vs- | ) | |
| | ) | |
| **FLOYD LOLLA, ET AL**. | ) | |
| | ) | |
| Defendants. | ) | |

---

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY
---

NOW COMES Plaintiff Jeffery A. Norris ("Plaintiff"), by and through Counsel, and respectfully moves the Court for an Order compelling Defendant Floyd Lolla to appear and give testimony by deposition under oral examination, all as contemplated and discussed in the telephone conference with the Court on February 10, 2004. In support of this Motion, Plaintiff incorporates by reference the Memorandum attached to his Motion for Extension of Time in Which to Take the Deposition of Defendant Floyd Lolla, all as if fully rewritten herein.

        Respectfully submitted,

        **PRATT & SINGER CO., L.P.A.**
        Attorneys for Plaintiff

        <u>/s/ James Papakirk</u>
        James Papakirk (0063862)
        301 North Breiel Blvd.
        Middletown, Ohio 45042
        (513) 705-9000 (telephone)
        (513) 705-9001 (facsimile)

**MEMORANDUM**

Plaintiff hereby incorporates by reference the Memorandum attached his Motion for Extension of Time in Which to Take the Deposition of Defendant Floyd Lolla, all as if fully rewritten herein. Further, while Plaintiff recognizes that Defendant Floyd Lolla has been representing himself without counsel, this simple fact has forced Plaintiff to expend additional resources in connection with issues relating to Mr. Lolla's failure to comply with the applicable procedural rules.

    Respectfully submitted,

    **PRATT & SINGER CO., L.P.A.**
    Attorneys for Plaintiff

    /s/ James Papakirk
    James Papakirk (0063862)
    301 North Breiel Blvd.
    Middletown, Ohio 45042
    (513) 705-9000 (telephone)
    (513) 705-9001 (facsimile)