ORIGINAL

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
 2                      WESTERN DIVISION

 3

 4   JEFFREY A. NORRIS,              )
                                     )
 5        Plaintiff,                 )
                                     ) Case No.
 6        -vs-                       ) C-1-01-374
                                     )
 7   FLOYD LOLLA , et al,            )
                                     )
 8        Defendant .                )

 9

10

11        CERTIFICATE OF NOTARY AS TO FAILURE OF
               DEPONENT FLOYD LOLLA TO APPEAR
12          FOR DEPOSITION PURSUANT TO NOTICE

13   ----------------------------------------------
                    February 23, 2004

14     Craig Williams, CSR, RPR, Notary Public

15   APPEARANCES:

16   FOR THE PLAINTIFF:    Mr. James Papakirk
                           ATTORNEY AT LAW
17                         301 N. Breiel Boulevard
                           Middletown, OH  45042
18                         (513) 705-9000

19   ALSO PRESENT:         Jeffrey A. Norris

20

21

22

23
     John E. Connor & Associates, Inc.
24   1860 One American Square
     Indianapolis, IN 46282
25   (317)236-6022
```

```
 1         TO THE HONORABLE JUDGE OF THE UNITED STATES
 2    DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
 3    OHIO, WESTERN DIVISION:
 4         The undersigned Notary Public reports and
 5    shows to the Court:
 6         MR. PAPAKIRK:  This is Jim Papakirk.  I am
 7    here in Indianapolis, Indiana, at the offices of
 8    John Connor & Associates at One American Square
 9    for the purpose of taking Floyd Lolla's
10    deposition in the matter of Jeffrey A. Norris
11    versus Floyd Lolla, et al, Case No. C-1-01-374,
12    pending in the U.S. District Court, Southern
13    District of Ohio, Western Division, and
14    currently assigned to Magistrate Judge Timothy
15    Hogan.
16         Again, it is almost two o'clock.  Our
17    deposition notice had Mr. Lolla requesting him
18    to appear at 1:30 for his deposition today and,
19    pursuant to the court's order to have his
20    deposition concluded before February 29th, 2004,
21    it is my understanding that Mr. Lolla does not
22    intend to be here and he is not currently here.
23         It is also my understanding that Mr. Lolla
24    has been in contact with the court earlier
25    today, and I believe this morning has been in
```

1  contact with the Connor office here with the
2  court reporters to advise that he had made a
3  request for the appointment of counsel and would
4  not appear at this deposition.
5      I am simply noting for the record that I,
6  as Mr. Norris's attorney, am here and present,
7  as is Mr. Jeff Norris, who is also here.  Jeff,
8  if you can indicate that you are here by saying
9  "present".
10     **MR. NORRIS:**  Present.
11     **MR. PAPAKIRK:**  And that we had traveled all
12 the way from Cincinnati -- actually Middletown,
13 Ohio, to Indianapolis to take the deposition of
14 Mr. Lolla pursuant to the court's order.
15     At this point, it's my understanding in
16 speaking to Judge Hogan's law clerk moments ago
17 by telephone that Mr. Lolla did contact the
18 magistrate's office and in turn was referred to
19 the clerk of courts since nothing had been
20 showing on the docket relative to this
21 deposition other than our notice to take it.
22     At this point I'm going to proceed to
23 adjourn the deposition and will follow up with
24 the court to request the appropriate relief,
25 including sanctions, if applicable, due to

```
 1      Mr. Lolla's failure to appear today.
 2           And this deposition, we will continue it in
 3      progress until Mr. Lolla cooperates with the
 4      notice sent upon him.  Thanks.
 5           Before I depart on this matter of Norris
 6      versus Lolla, et al, I'm going to go ahead and
 7      introduce as Exhibit A to this transcript the
 8      documents that were dropped off by Mr. Lolla
 9      earlier today at John Connor & Associates for
10      the record.
11           WHEREFORE, the undersigned reports said
12      facts to this Court for such action as the Court
13      may deem proper.
14
15                          _____
                            Craig Williams
16                          Notary Public
                            County of Marion
17
18  My Commission Expires:
    January 23, 2008
19
20
21
22
23
24
25
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey A. Norris            )
                             )
        Plaintiff            )    Case No. C-01-374
                             )
vs.                          )
                             )
Floyd Lolla, et al.,         )
                             )
        Defendants.          )

REQUEST FOR APPOINTMENT OF COUNSEL

Comes now the Defendant, Floyd Lolla, pro se, and request the court to appoint counsel in the above cause of action. In support, Defendant would offer the following:

1. That on or about January 5, 2001, Plaintiff filed the above cause of action against Defendant Floyd Lolla(hereafter referred to as Defendant Lolla);

2. That on or about September 11, 2002, the court entered a default judgment against Defendant Lolla;

3. That on or about March 3, 2002, pursuant to correspondence from Defendant Lolla, the court rescinded its grant of summary judgment and order that the case proceed;

4. That Defendant Lolla has been given notice of the taking of his deposition and said deposition is scheduled for February 23, 2004;

5. That Defendant Lolla has no legal training and is in no way in a position to defend himself against the allegations contained in Plaintiff's complaint;

6. That Defendant Lolla is a senior citizen who lives on his disability and a four (4) hour a day job, which pays him $6.50 an hour;

7. That if Defendant Lolla is appointed counsel, it is his belief that the complaint against him can/will be dismissed;*

8. That Defendant Lolla needs appointment of counsel to assist in the protection and preservation of all his legal rights.

WHEREFORE, Defendant Lolla prays that the court grant this motion, appoint counsel and for all other relief which the court deems appropriate.

Respectfully submitted,

*[signature]*

Floyd Lolla, Defendant

### AFFIRMATION

I, Floyd Lolla, affirm under the penalties of perjury, affirm that all of the statements contained in the above Request for Appointment of Counsel are true accurate to the best of my knowledge and belief.

*[signature]*

Floyd Lolla, Defendant

---

* In order to maintain Defendant Lolla as a party, Plaintiff, in paragraphs 9, 10 and 11, of his complaint, states that he and Defendant worked together and knew each other. Defendant Lolla strongly maintains that this is not true. Defendant Lolla has never worked with or met Plaintiff., as Defendant Lolla lives in Indianapolis, Indiana and the Plaintiff resides in Ohio. Further, in an effort to explain the residential differences, Plaintiff's complaint states that Defendant Lolla and the Plaintiff met in Indiana while the Plaintiff was attending a seminar. However, Defendant Lolla has never attended a seminar in his life.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing request for counsel has been served upon the James Papakirk, Attorney for Plaintiff, located at 301 N. Breiel Boulevard, Middletown, Ohio, 45042 by placing a copy of the same in the U. S. first class mail, postage pre-paid this _____ day of February   2004.

_____
Floyd Kelley
1912 Boyd
Fredricktown, Ohio
46157