**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(AT CINCINNATI)**

| | | |
|---|---|---|
| **JEFFERY A. NORRIS**, | ) | Case No. C-1-01-374 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| -vs- | ) | Magistrate Hogan |
| | ) | |
| **FLOYD LOLLA, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

Under penalty of perjury, I hereby certify that on this 27th day of February 2004, a copy of the ***Motion for Extension of Time in which to take the Deposition of Defendant Floyd Lolla; Motion for Sanctions*** and ***Motion to Compel Discovery***, were filed electronically with the Clerk of the Court for the United States District Court using the ECF/CM filing system.

Additionally, I hereby certify that on this 27th day of February 2004, the above referenced ***Motion for Extension of Time in which to take the Deposition of Defendant Floyd Lolla; Motion for Sanctions*** and ***Motion to Compel Discovery*** was sent to the following individual, via United States Mail, with sufficient First Class postage affixed thereto:

Floyd Lolla
1912 N. Gent Avenue
Indianapolis, Indiana  46202

                                                        /s/ James Papakirk
                                                        James Papakirk (0063862)
                                                        Attorney for Plaintiff