J:\CRUMBA\FORMS\CALENDAR\2001\01-374.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey A. Norris,
    Plaintiff,

v.      Case No. C-1-01-374
    (Beckwith, J.; Hogan, M.J.)

Floyd Lolla,
    Defendant.

### ORDER

This case is before the Court pursuant to Plaintiff's motion for an extension of time to take the deposition of Defendant, Floyd Lolla (Doc. 45). Plaintiff did properly notice Defendant Lolla on February 12, 2004, via overnight mail informing him of the scheduled deposition for February 23, 2004. Since Defendant Lolla did not appear for his deposition on February 23, 2004, Plaintiff's request for an extension is hereby **GRANTED.** Plaintiff shall have an additional thirty (30) days from the date of this order within which to take the deposition of Defendant Lolla.

The telephonic status conference set by this Court on March 15, 2004, is vacated. A new status conference shall be reset for **Wednesday, April 15, 2004, at 9:30 am.** Parties are reminded to contact the Court at 513-564-7650.

SO ORDERED.

Date   3/1/2004                      s/Timothy S. Hogan
bac    March 2, 2004                  Timothy S. Hogan
J:\CRUMBA\FORMS\CALENDAR\2001\01-374.WPD    United States Magistrate Judge