# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION
## (AT CINCINNATI)

| | | |
|---|---|---|
| **JEFFERY A. NORRIS**, | ) | Case No. C-1-01-374 |
| | ) | |
| Plaintiff, | ) | Judge Beckwith |
| | ) | Magistrate Judge Hogan |
| | ) | |
| -vs- | ) | |
| | ) | |
| **FLOYD LOLLA, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |

___

### NOTICE TO TAKE DEPOSITION OF FLOYD LOLLA
___

Please take notice that, pursuant to the agreement of the parties, counsel for Plaintiff will take the stenographic deposition of Floyd Lolla, on Friday, April 2, 2004 at 4:00 p.m. at the offices of John E. Connor & Associates, Inc., 1860 One American Square, Indianapolis, Indiana 46282.  Said deposition will be taken for any and all purposes permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ James Papakirk
James Papakirk  (0063862)
Pratt & Singer Co., L.P.A.,
Attorneys for Plaintiffs
301 N. Breiel Boulevard
Middletown, Ohio 45042
513.705.9000
513.705.9001 facsimile
jpapakirk@pstlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice of Deposition, was duly served upon the following this 25th day of March, 2004 via overnight delivery:

Floyd Lolla
1912 Gent Avenue
Indianapolis, IN 46202

/s/ James Papakirk
James Papakirk (0063862)