**Clarian Health**
Methodist · IU · Riley

## PATIENT DISCHARGE INSTRUCTIONS/ CONTINUITY OF CARE

37260
CH-6635
(OCT 03)

FILED
JAMES BOMIII
CLERK

Case No-C-1-01-374
C-1-01-374
Judge Beckwith
Magistrate Judge Hogan

Discharge Date: 4/9/04
Discharged To: Home

Patient Name: LOLLA, FLOYD
Hospital No.: 0228 1300

Address: _____

CODE STATUS:

**DIAGNOSIS (include operative procedures):**

1) Transient Ischemic Attack
2) Type II Diabetes Melitus – HgbA1C 6.6%
3) Hypertension – uncontrolled due to med noncompliance
4) H/o Hyperlipidemia

**MEDICATIONS/TREATMENTS (include activity orders, PT, OT, and ST):**

1) Zestoretic 20/12.5 one a day for high blood pressure in the AM
2) Lipitor 20mg one at bedtime for high cholesterol
3) Humulin 70/30 38 units in AM / 26 units in PM
4) Aspirin 325mg po one a day
4) Aspirin 81 mg Enteric Coated

Echo results pending
MRI/MRA Brain → Mild to Moderate stenosis of L Internal Carotid

PHYSICIAN COMPLETES

**DIET:**
1800 Kcal diabetic diet
low fat low cholesterol diet

**SPECIAL INSTRUCTIONS, MEDICAL STABILITY, COMPLICATIONS, AND FOLLOW-UP APPOINTMENTS:**

Keep f/u with Dr Hollingsworth 4/20/04

FILED
JAMES BOMIII
CLERK

04 APR 14 PM 4:27

Patient/Guardian (Print Name): _____  Signature: _____

CHEST X-RAY DATE:    RESULTS:    I.P.P.D. DATE GIVEN:    RESULTS:

To the best of my knowledge, this patient is free of infectious disease.

PHYSICIAN SIGNATURE    PRINT PHYSICIAN NAME

Date: 4/9/04
Phone: 962-5584



## PATIENT DISCHARGE INSTRUCTIONS/ CONTINUITY OF CARE

White – Patient/Agency
Canary – Physician
Pink – Medical Record

B-9

04/14/04  15:06 FAX 3178382525    KINKO'S INDY DOWNTOWN    ☒001