UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey A Norris,
    Plaintiff(s),

v.

Case No. 1:01cv0374
(Dlott, J.; Hogan, M.J.)

Floyd Lolla, et al.,
    Defendant(s).

### NOTICE

Please take notice that the above-captioned case has been set for a Status Conference via telephone before the Honorable Timothy S. Hogan on:

Thursday, February 24, 2005, at 10:00am
Room 706 Potter Stewart U.S. Courthouse

Parties are instructed to contact the Court (5) minutes before the conference start time at (513)564-7650.

Timothy S. Hogan
United States Magistrate Judge

s/Arthur W. Hill
Courtroom Deputy

cc:    All Counsel
       Peter A. Draugelis, Esq.
       Matthew Whitlow, Esq.
       Floyd Lolla, Pro Se Defendant

awh    February 4, 2005

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Floyd Lolla<br>1912 North Gent<br>Indianapolis, IN 46202 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1410 1060 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

1:01cv374   doc.#56