UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey A Norris,
    Plaintiff(s),

v.

Floyd Lolla, et al.,
    Defendant(s).

Case No. 1:01cv0374
(Dlott, J.; Hogan, M.J.)

### NOTICE

Please take notice that the above-captioned case which had been set for a Status Conference on February 24, 2005, will be reset before the Honorable Timothy S. Hogan on:

**Tuesday, March 1, 2005 at 11:00 am**

**Parties may participate by telephone. Please contact the court five minutes prior to the start of the conference at 513-564-7650.**

Timothy S. Hogan
United States Magistrate Judge

 S/Arthur W. Hill
Arthur W. Hill
Courtroom Deputy

cc:  All counsel
     Peter A. Draugelis, Esq.
     Matthew Whitlow, Esq.
     Floyd Lolla, Pro Se Defendant

awh  February 17, 2005

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Floyd Lolla<br>1912 North Gent<br>Indianapolis, IN 46202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 1410 1275 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

1:01 cv 374 doc #57